# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

GARYCK TRULS ARNTZEN,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-05584

Judge Charles P. Kocoras

Magistrate Judge Jeannice W. Appenteng

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 4 | jvwted |
| 20 | 俊叶非商贸 |
| 34 | yuzhoushiyoutangmaoyishanghang |
| 40 | longsong83 |
| 42 | OUTMOIN |
| 44 | YOKADA |
| 48 | FunCap-Store |
| 50 | xueqiongshangmao |
| 56 | Lttmuzhining |
| 59 | Renzhijialwp |
| 60 | Yingzhimuh |
| 75 | zhiwx |
| 83 | GWAABD Clothing |
| 84 | EleganceTEBIEDE |
| 92 | Ynmk Jun |
| 93 | 2DXuixsh Clothing |
| 95 | Lqideymx |
| 105 | Hontri Fashion |
| 116 | JAWAFANGE |
| 118 | GAOSHeng |
| 119 | YUHGODO |

| | |
|---|---|
| 120 | MeiZiShi |
| 122 | saikai |
| 125 | JDEFEG Clothing |
| 126 | kcavykas Co. Ltd |
| 127 | JASKFLY |
| 128 | ZhiZhuang |
| 129 | Mrat |
| 131 | hyzsp |
| 133 | Qiggri |
| 134 | FengYongYao |
| 136 | OWMEOT |
| 137 | ABPWLY |
| 151 | JiaYaojia Store |
| 152 | JJJ Lin32 |
| 156 | VSSSJ |
| 158 | Small |
| 174 | Lisingtool |
| 179 | QBgugu |

DATED: June 18, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 18, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                              */s/ Keith A. Vogt*
                                              Keith A. Vogt